# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:20−cv−02952

| | |
|---|---|
| Lopez v. Martinez et al **DO NOT DOCKET. Case transferred to the Western District of TX, El Paso.**<br>Assigned to: Chief Judge Lee H Rosenthal<br>Cause: 28:1983 Civil Rights | Date Filed: 08/19/2020<br>Date Terminated: 12/10/2020<br>Jury Demand: None<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: Federal Question |

**Plaintiff**

**Terry Lopez**  represented by  **Terry Lopez**
396 Pendale Rd
El Paso, TX 79907
PRO SE

V.

**Defendant**

**Phillip Martinez**  represented by  **Chad Wesley Cowan**
*Honorable Judge*  United States Attorney Office
1000 Louisiana
Suite 2300
Houston, TX 77002
713−567−9569
Fax: 713−718−3300
Email: chad.cowan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Krystal Wade**  represented by  **Chad Wesley Cowan**
*Assistant U S Attorney*  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**City of EL PAso Office of U S Marshal**  represented by  **Chad Wesley Cowan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lori Gruver**
*El Paso Attorney*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 08/19/2020 | Ï 1 | COMPLAINT against All Defendants filed by Terry Lopez. (Attachments: # 1 Continuation, # 2 Exhibit 1, # 3 Exhibit 3, # 4 Exhibit 4)(ckrus, 4) (Entered: 08/21/2020) |
| 08/21/2020 | Ï 2 | NOTICE to Pro Se Litigant of Case Opening. Party notified, filed. (ckrus, 4) (Entered: 08/21/2020) |
| 08/25/2020 | Ï 3 | CLERKS NOTICE OF DEFICIENT PLEADING as to Terry Lopez. Parties notified Notice of Compliance due by 9/24/2020, filed. (mmapps, 4) (Entered: 08/25/2020) |
| 09/03/2020 | Ï 4 | ORDER – Pltf to file Supplement Brief by 9/14/2020, not to exceed five pages, setting out why venue is proper in the Southern District of Texas. (Signed by Chief Judge Lee H Rosenthal) Parties notified.(sanderson, 4) (Entered: 09/03/2020) |
| 09/03/2020 | Ï 5 | MOTION/APPLICATION to Proceed In Forma Pauperis by Terry Lopez, filed. Motion Docket Date 9/24/2020. (jdav, 4) (Entered: 09/04/2020) |
| 09/03/2020 | Ï 6 | MOTION for Appointment of counsel by Terry Lopez, filed. Motion Docket Date 9/24/2020. (jdav, 4) (Entered: 09/04/2020) |
| 09/08/2020 | Ï 7 | Constitutional Question Raised in this Petition by Terry Lopez, filed. (Attachments: # 1 Exhibit)(mmapps, 4) (Entered: 09/09/2020) |
| 09/08/2020 | Ï 8 | CONSENT to Proceed Before a Magistrate Judge by Terry Lopez, filed.(rguerrero, 4) (Entered: 09/09/2020) |
| 09/11/2020 | Ï 9 | SUPPLEMENTAL BRIEF Setting Out Why Venue is Proper in SDTX then Move for a Transfer re: 4 Order by Terry Lopez, filed.(sguevara, 4) (Additional attachment(s) added on 9/11/2020: # 1 Exhibit, # 2 Exhibit, # 3 cover letter) (sguevara, 4). (Entered: 09/11/2020) |
| 09/14/2020 | Ï 10 | SUPPLEMENT Brief by Terry Lopez, filed. (Attachments: # 1 Exhibit, # 2 Exhibit)(mmapps, 4) (Entered: 09/14/2020) |
| 09/17/2020 | Ï 11 | PETITION FOR EMERGENCY MOTION to Compel The Office of the US Attorney to Cease and Desist from Pursuing its Application for Writ of Asssitance, and Order of Eviction. by Terry Lopez, filed. Motion Docket Date 10/8/2020. (Attachments: # 1 Exhibit 1, # 2 Exhibit 1 continued, # 3 Exhibit 2, # 4 Exhibit 3)(jdav, 4) (Entered: 09/17/2020) |
| 10/08/2020 | Ï 12 | MOTION to Dismiss 1 Complaint by City of EL PAso Office of U S Marshal, Krystal Wade, filed. Motion Docket Date 10/29/2020. (Attachments: # 1 Proposed Order, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit)(Cowan, Chad) (Entered: 10/08/2020) |
| 10/13/2020 | Ï 13 | RESPONSE to 12 MOTION to Dismiss 1 Complaint filed by Terry Lopez. (mmapps, 4) (Entered: 10/13/2020) |
| 10/16/2020 | Ï 14 | RESPONSE to 12 MOTION to Dismiss 1 Complaint filed by Terry Lopez. (BrendaLacy, 4) (Entered: 10/19/2020) |
| 11/17/2020 | Ï 15 | MOTION to Dismiss 1 Complaint by Phillip Martinez, filed. Motion Docket Date 12/8/2020. (Attachments: # 1 Proposed Order)(Cowan, Chad) (Entered: 11/17/2020) |
| 11/20/2020 | Ï 16 | RESPONSE to 15 MOTION to Dismiss 1 Complaint , filed by Terry Lopez. (mmapps, 4) (Entered: 11/23/2020) |
| 11/30/2020 | Ï 17 | MOTION to Set Aside Judge Martinez's motion to dismiss for improper venue by Terry Lopez, filed. Motion Docket Date 12/21/2020. (rguerrero, 4) (Entered: 11/30/2020) |
| 12/10/2020 | Ï 18 | ORDER TO TRANSFER CASE to Western District of TX, El Paso Division (Signed by Chief Judge Lee H Rosenthal) Parties notified.(gkelner, 4) (Entered: 12/10/2020) |

| | | |
|---|---|---|
| 12/10/2020 | ï | Interdistrict transfer to Western District of TX, El Paso Division. Case transferred electronically. Case terminated on 12/10/20, filed. (gkelner, 4) (Entered: 12/10/2020) |